UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:15-cv-1122 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF, et al., | |
| Defendants. | |

On May 26, 2016, plaintiff filed a request for appointment of counsel listing ten different case numbers. (ECF No. 15.) However, the instant civil rights action was closed on January 20, 2016. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: June 6, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blac1122.58